IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MacLaughlin, | No. C 04-05520 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| Allstate Insurance Company, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 5, 2005</u> at <u>2:30 p.m.</u>.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF (written) <u>10/31/05,</u> (depositions) <u>12/19/05.</u>

DESIGNATION OF EXPERTS: Pltf. <u>1/9/06</u>; Deft. <u>1/9/06</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 3, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 10, 2006</u>;

Opp. Due <u>February 24, 2006</u>; Reply Due <u>March 3, 2006</u>;

and set for hearing no later than <u>March 17, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 18, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 1, 2006</u> at <u>8:30 AM.</u>,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur during the month of July 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/4/05

                                                                                 S/Susan Illston
                                                                   SUSAN ILLSTON
                                                      United States District Judge