IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM WILSON,

        Plaintiff,

v.

FOSS MARITIME COMPANY,

        Defendant.
_____/

No. C 05-01042 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>October 14, 2005</u> at <u>2:30 p.m.</u>.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 13, 2006</u>.

DESIGNATION OF EXPERTS: <u>1/20/06</u>;  Deft. <u>2/3/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 28, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 3, 2006</u>;

    Opp. Due <u>March 17, 2006</u>;  Reply Due <u>March 24, 2006</u>;

    and set for hearing no later than <u>April 7, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 2, 2006</u> at <u>3:30 PM</u>.

JURY  TRIAL DATE: <u>May 15, 2006</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties agree to participate in private mediation in January 2006.
At the next case management conference, counsel shall inform the Court of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/05

                                                    S/W. Alsup for
                                                    SUSAN ILLSTON
                                              United States District Judge

United States District Court
For the Northern District of California