LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Ph:  (510) 444-2501
Fx:  (510) 444-4209

Attorneys for Plaintiff
TOM WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM WILSON, | Case No. C 05-01042 SI |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| FOSS MARITIME COMPANY and DOES ONE through TEN, Inclusive, | |
| _____Defendants._____/ | |

  This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated:  January 27, 2006   LAW OFFICES OF LYLE C. CAVIN, JR.


By: _____/s/_____
   Lyle C. Cavin, Jr.
   Attorneys for Plaintiff
   Tom Wilson

Dated: January 27. 2006                    KEESAL, YOUNG & LOGAN


                                           By: _____/s/_____
                                                   John D. Giffin
                                                   Attorneys for Defendant
                                                   Foss Maritime Company



IT IS SO ORDERED.


Dated:                                     _____
                                                   SUSAN ILLSTON
                                                   United States District Judge

Stipulation and Order of Dismissal of Action with Prejudice (Case No. C 05-01042 SI)